# United States Court of Appeals
## For the First Circuit

---

No. 00-1785

EARLE H. SMITH, III; JULIE A. SMITH,
Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION,
Respondent.

_____

Before

Selya, <u>Circuit Judge</u>,
Coffin and Campbell, <u>Senior Circuit Judges</u>.

---

ORDER OF COURT

Entered: January 30, 2001

The motion for oral argument is denied.  The court will have before it both the record and the briefs and will consider the appeal with care and diligence.  The appeal will be decided upon the briefs and the record without oral argument from either side.

By the Court:
Phoebe Morse, Clerk

By_____
  Chief Deputy Clerk

[ cc: Messrs.  Mr & Mrs Smith, Boergers, Henwood, May,
Johnson, Hester, Terrazas, Soto, Zipp and Birgisson ]